# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00270-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES T. BOWLAND,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on the request from the U.S. Probation Department and counsel to set a hearing date on Violations of Supervised Release.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That a hearing on Violations of Supervised Release is set for **August 8, 2013, at 8:00 a.m.**, at which counsel and the defendant shall appear without further notice or order; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: June 3, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.